**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

| | |
|---|---|
| CEI ENTERPRISES, INC., ) | |
| ) | |
| Plaintiff, ) | Case No. 1:21-cv-01212-MIS-LF |
| ) | |
| v. ) | |
| ) | |
| PROFESSIONAL COATING ) | |
| TECHNOLOGIES, INC., and ) | |
| MARK WINKELMAN ) | |
| ) | |
| Defendants. ) | |
| ) | |

**NOTICE OF PENDING SETTLEMENT**

The parties, by and through counsel, in compliance with the Court's directive to file notice by today's date whether the parties have settled [Docs. 157, 158], provide the following update. The parties have signed a Settlement Agreement, Defendants are working with a third-party lender to secure the settlement payment, and Plaintiff has provided documentation requested by the lender. At present, Defendants have not provided Plaintiff with a firm loan commitment, although Defendants were reminded and aware of this notice deadline. Consequently, the parties can offer no specific date by which settlement will be completed.

Respectfully submitted,

By: */s/John G. Jackson*
John G. Jackson
CHAMBLISS, BAHNER & STOPHEL P.C.
Liberty Tower, Suite 1700
605 Chestnut Street
Chattanooga, TN 37450
Telephone: (423) 757-0246
Facsimile: (423) 508-1246
Email: jjackson@chamblisslaw.com

14813_00/21002/JGJ-4877-4973-3588_5

~and~

Alicia L. Gutierrez
MOSES, DUNN, FARMER & TUTHILL, P.C.
P.O. Box 27047
Albuquerque, NM 87125
Telephone: (505) 843-9440
Facsimile:
E-Mail: alicia@moseslaw.com

*Counsel for CEI Enterprises, Inc.*


By: /s/ Scott Fuqua
Scott Fuqua
FUQUA LAW AND POLICY, P.C.
P.O. BOX 32015
SANTA FE, NM 87594
TELEPHONE: (505) 982-0961
E-MAIL: SCOTT@FUQUALAWPOLICY.COM


## CERTIFICATE OF SERVICE

I hereby certify that on July 29, 2024, the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically serve all current attorneys of record.


By:   */s/John G. Jackson*