# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

CEI ENTERPRISES, INC.,

    Plaintiff,

v.                                                      Case No. 1:21-cv-1212-MLG-LF

PROFESSIONAL COATING TECHNOLOGIES, INC.
and MARK WINKELMAN,

    Defendants.

## **JUDGMENT**

    Pursuant to Federal Rule of Civil Procedure 58(a), and consistent with the Final Order of Dismissal with Prejudice filed contemporaneously herewith, the Court issues its separate judgment finally disposing of this civil case. It is ordered that this civil action is dismissed with prejudice.

                                              UNITED STATES DISTRICT JUDGE
                                              MATTHEW L. GARCIA